

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANA J. HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13 C 6997 |
| ) | |
| LASALLE COUNTY, et al., ) | Honorable Robert W. Gettleman |
| ) | |
| Defendants. ) | |

## AGREED ORDER TO DISMISS

This matter coming before the Court on the Stipulation of Plaintiff Dana J. Holmes and Defendants LaSalle County, Thomas Templeton, Tyson Szafranski, Samantha Kromm, Terry Puckett, and Aaron Hollenbeck, these parties having reached agreement to settle this matter between them, and these respective parties being represented by counsel, Plaintiff, by one of her attorneys, Terry A. Ekl, and Defendants, by one of their attorneys, James G. Sotos, and these parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, and the Court being advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement and herein further orders as follows:

All of the claims of Plaintiff, Dana J. Holmes, against Defendants LaSalle County, Thomas Templeton, Tyson Szafranski, Samantha Kromm, Terry Puckett, and Aaron Hollenbeck, are dismissed with prejudice, in accordance with the Release and Settlement Agreement.

DATED: April 9, 2014            ENTER: _____
4.9.14                                  The Honorable Robert W. Gettleman
                                        United States District Court Judge